IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MILDRED J. BENNETT** | * |
| **Plaintiff,** | * |
| vs. | * CIVIL ACTION 10-00005-B |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | * |
| **Defendant.** | * |

### **JUDGMENT**

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of $1401.71 for 8.10 attorney hours spent in connection with this action.

**DONE** this **16th** day of **February, 2011**.

　　　　　　　　　　　　　　　　　　　　/s/ Sonja F. Bivins
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**